Linda B. Oliver (SBN 166720)
loliver@maynardcooper.com
MAYNARD COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 704-7433
Facsimile: (205) 254-1999

Attorney for Defendant
UNITED STATES LIFE
INSURANCE COMPANY


T.D. Bolling, Jr. (SBN 33236)
BOLLING & GAWTHROP
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone: (916) 369-0777
Facsimile: (916) 369-2698

Attorney for Plaintiff
MARGO STENSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGO STENSION,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 2:16-CV-00782-JAM-CKD<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING DEADLINE FOR DEFENDANT TO RESPOND** |

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING DEADLINE TO RESPOND**

Plaintiff Margo Stension ("Plaintiff") and Defendant United States Life Insurance Company ("Defendant" or "US Life"), hereby jointly stipulate by and through their respective attorneys of record as follows:

1. This action involves a dispute between the parties concerning an accidental death and dismemberment policy under which plaintiff's decedent was insured at the time of his death;

2. The present deadline for Defendant US Life to respond to Plaintiff's complaint on file herein is September 2, 2016;

3. After the original complaint in this action was filed, the Sacramento County Coroner issued an amended death certificate for Plaintiff's decedent, a copy of which has been provided by counsel for Plaintiff to counsel for Defendant;

4. Counsel for Plaintiff has advised Counsel for Defendant of his intention to file an amended complaint in this action that will reflect the amended death certificate issued by the Sacramento County Coroner and will add a cause of action for breach of the implied covenant of good faith and fair dealing;

5. Counsel for Plaintiff has provided a draft copy of the amended complaint to counsel for Defendant, who has agreed to stipulate to an order granting leave to file an amended complaint;

6. Counsel for both parties agree that Defendant's deadline to file a response to the complaint may be extended by 30 days, until October 3, 206, and no response to the original pleading need be filed if this Court issues an order allowing the filing of the amended complaint.

For the foregoing reasons, the parties jointly request that the Court issue an order (1) granting Plaintiff leave to file an Amended Complaint, and (2) extending the time of Defendant US Life to respond to and including October 3, 2016.

///

Date: September 2, 2016          MAYNARD, COOPER & GALE, LLP

                                 By: /s/ Linda B. Oliver

                                 Linda B. Oliver

                                 Attorneys for Defendant
                                 UNITED STATES LIFE INSURANCE COMPANY

Date: September 2, 2016          BOLLING & GAWTHROP

                                 By: /s/ T.D. Bolling, Jr

                                 T.D. Bolling, JR.

                                 Attorneys for Plaintiff
                                 MARGO STENSION

## **ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED THAT (1) Plaintiff has leave to file an Amended Complaint and (2) Defendant's shall file a responsive pleading on or before October 3, 2016.

**IT IS SO ORDERED.**

Dated:  9/2/2016                 /s/ John A. Mendez_____
                                 JOHN A MENDEZ
                                 UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING DEADLINE TO RESPOND**